**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

---

**NOTICE OF INTENT TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
IN RE:  ARTHUR G. WASSENAAR              IN THE MATTER OF:
        DIANE D. WASSENAAR               ARTHUR G. WASSENAAR
        8797 MONTCLAIR AVENUE            8797 MONTCLAIR AVENUE
        HESPERIA, CA 92344               HESPERIA, CA 92344


                                         DATE: 2/1/2013
                                         Case No. 6:12-bk-30600-WJ
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | ARROWHEAD CENTRAL CR | $1,741.00 | NOT FILED | 0003 | U | 1 |
|  | ARROWHEAD CREDIT UNI | $17,890.12 | NOT FILED | L60 | U | 2 |
|  | Capital One | $2,072.08 | NOT FILED | 0529 | U | 3 |
|  | Capital One | $1,655.80 | NOT FILED | 0265 | U | 4 |
|  | Capital One Bank | $1,672.23 | NOT FILED | 9624 | U | 5 |
|  | Juniper Bank | $4,604.07 | NOT FILED | 2555 | U | 6 |
|  | Juniper Bank | $1,806.73 | NOT FILED | 2082 | U | 7 |
|  | LBS Financial CU | $9,607.73 | NOT FILED | 8501 | U | 8 |
| 02 | MAIN STREET ACQUISIT | $5,394.63 | $5,794.63 | 8955 | U | 9 |
| 09 | MAIN STREET ACQUISIT | $2,234.84 | $1,956.17 | 0964 | U | 10 |
|  | MIDLAND CREDIT MANAG | $3,159.88 | NOT FILED | 4258 | U | 11 |
| 05 | MIDLAND FUNDING LLC | $6,474.88 | $6,474.88 | 4728 | U | 12 |
| 08 | PORTFOLIO RECOVERY A | $2,331.18 | $3,599.33 | 1248 | U | 13 |
| 07 | DELL FINANCIAL SERVI | $1,231.05 | $1,231.05 | 6098 | U | 14 |
| 03 | ALLY FINANCIAL | $15,051.75 | $15,099.41 | 3062 | S | 15 |
|  | NATIONSTAR MORTGAGE | $5,269.63 | NOT FILED | 82857 | E | 16 |
| 06 | SAN BERNARDINO COUNT | $4,021.72 | $6,708.48 | 3046281360000/304628 | S | 17 |
| 04 | SANTANDER CONSUMER U | $16,344.77 | $16,889.91 | 6739 | S | 18 |
| 01 | INTERNAL REVENUE SER | $2,215.78 | $2,227.07 | 1819 | P | 19 |
| 01 | INTERNAL REVENUE SER | NOT SCHEDULED | $179.16 | 1819 | U | 10019 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
Rod Danielson, Chapter 13 Trustee

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:12-bk-30600-WJ**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:  2/1/2013

/s/
SHAMEKA CHAMBERS

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 2/1/2013 at Riverside, California.

/s/
SHAMEKA CHAMBERS

ARTHUR G. WASSENAAR
8797 MONTCLAIR AVENUE
HESPERIA, CA  92344

BANKRUPTCY LAW CENTER
1230 COLUMBIA STREET
SUITE 1100
SAN DIEGO, CA  92101-8517