Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:12-bk-30600-WJ  AS OF 3/31/2014**

ARTHUR G. WASSENAAR
DIANE D. WASSENAAR
8797 MONTCLAIR AVENUE
HESPERIA, CA  92344

CURRENT CASE DISPOSITION:
ACTIVE

| | |
|---|---|
| FILING DATE: | 09/05/2012 |
| 1ST MEETING DATE: | 10/17/2012 |
| CONFIRMATION DATE: | 10/17/2012 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 100.00 |
| MONTHLY PLAN PMT AMT: | $2,013.00 |
| GROSS RECEIPTS: | $36,423.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $35,038.94 |
| FEES PAID TO ATTY: | $0.00 |
| FEES PAID TO TRUSTEE: | $1,384.05 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $0.01 |

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 | |
|---|---|---|---|
| 03/10/2014 | $2,013.00 | 03/2014 | $2,013.00 |
| 02/11/2014 | $2,013.00 | 02/2014 | $2,013.00 |
| 01/09/2014 | $2,013.00 | 01/2014 | $2,013.00 |
| 12/09/2013 | $2,013.00 | 12/2013 | $2,013.00 |
| 11/07/2013 | $2,013.00 | 11/2013 | $2,013.00 |
| 10/09/2013 | $2,013.00 | 10/2013 | $2,013.00 |
| 09/06/2013 | $2,013.00 | 09/2013 | $2,013.00 |
| 08/08/2013 | $2,013.00 | 08/2013 | $2,013.00 |
| 07/10/2013 | $2,013.00 | 07/2013 | $2,013.00 |
| 06/10/2013 | $2,013.00 | 06/2013 | $2,013.00 |
| 05/08/2013 | $2,013.00 | 05/2013 | $2,013.00 |
| 04/25/2013 | $189.00 | 04/2013 | $2,202.00 |

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | BANKRUPTCY LAW CENTER | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | ARROWHEAD CENTRAL CR UN | UNSECURED | 0.00 | $1,741.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | ARROWHEAD CREDIT UNION | UNSECURED | 0.00 | $17,890.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | Capital One | UNSECURED | 0.00 | $2,072.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | Capital One | UNSECURED | 0.00 | $1,655.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | Capital One Bank | UNSECURED | 0.00 | $1,672.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | Juniper Bank | UNSECURED | 0.00 | $4,604.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | Juniper Bank | UNSECURED | 0.00 | $1,806.73 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | LBS Financial CU | UNSECURED | 0.00 | $9,607.73 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | MAIN STREET ACQUISITIONS CORP | UNSECURED | 0.00 | $5,394.63 | $5,794.63 | $0.00 | $0.00 | $5,794.63 |
| 0010 | MAIN STREET ACQUISITIONS CORP | UNSECURED | 0.00 | $2,234.84 | $1,956.17 | $0.00 | $0.00 | $1,956.17 |
| 0011 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | $3,159.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 0.00 | $6,474.88 | $6,474.88 | $0.00 | $0.00 | $6,474.88 |
| 0013 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $2,331.18 | $3,599.33 | $0.00 | $0.00 | $3,599.33 |
| 0014 | DELL FINANCIAL SERVICES | UNSECURED | 0.00 | $1,231.05 | $1,231.05 | $0.00 | $0.00 | $1,231.05 |
| 0015 | ALLY FINANCIAL | SECURED | 6.00 | $15,051.75 | $15,099.41 | $8,602.11 | $1,022.73 | $6,497.30 |
| 0016 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARREARS | 0.00 | $5,269.63 | $5,269.63 | $5,071.86 | $0.00 | $197.77 |
| 0017 | SAN BERNARDINO COUNTY TAX COLL | SECURED | 18.00 | $4,021.72 | $6,708.48 | $6,631.18 | $876.58 | $77.30 |
| 0018 | SANTANDER CONSUMER USA | SECURED | 5.00 | $16,344.77 | $16,889.91 | $9,656.22 | $951.19 | $7,233.69 |
| 0019 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $2,215.78 | $2,227.07 | $2,227.07 | $0.00 | $0.00 |
| 10019 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $179.16 | $0.00 | $0.00 | $179.16 |

**TOTAL PRINCIPAL BALANCE OWED*:  $33,241.28**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.